**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**JACQUELYN E. LARSON, ESQ., CSBN 264712**
**WISEMAN LAW GROUP , P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:     530.759.0700**
  **Facsimile:      530.759.0800**

**Attorney for Defendant**
**Olga Nekrasova**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR – 11-00295 MCE |
| | ) |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| | ) **AND TO EXCLUDE TIME** |
| v. | ) **PURSUANT TO THE SPEEDY TRIAL** |
| | ) **ACT.** |
| OLGA NEKRASOVA | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Daniel McConkie, Jr., Assistant United States Attorney, attorney for plaintiff; and Jennifer C. Noble, attorney for defendant Olga Nekrasova; that the previously-scheduled status conference of September 29, 2011, be vacated and the matter be reset for status conference on October 6, 2011, at 9:00 a.m.

    This continuance is requested to allow counsel additional time to negotiate a

1

**Stipulation and Order to Continue**                              Case no. CR 11-00295 MCE
**Status conference and to Exclude Time**
**Pursuant to the Speedy Trial Act**

resolution and for defense consult with Defendant who is housed in Nevada County.

The Government concurs with this request.

The parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from the date of the parties' stipulation, September 26, 2011, to and including October 6, 2011. The Court previously excluded time pursuant to Local Code T2 on August 11, 2011.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

**Dated: September 27, 2011**

        **Respectfully submitted,**
        **WISEMAN LAW GROUP, P.C.**

        **By: /s/ Jennifer C. Noble**
        **JENNIFER C. NOBLE**
        **Attorney for Defendant**
        **OLGA NEKRASOVA**

**Dated: September 27, 2011**        **BENJAMIN B. WAGNER**
        **United States Attorney**

        **By: /s/ Daniel McConkie, Jr.**
        **DANIEL McCONKIE, JR.**
        **Assistant U.S. Attorney**
        **Attorney for Plaintiff**

**Stipulation and Order to Continue**        Case no. CR 11-00295 MCE
**Status conference and to Exclude Time**
**Pursuant to the Speedy Trial Act**

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time form the date of the parties' stipulation, September 27, 2011, to and including October 6, 2011, shall be excluded from computation of tine within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv), and Local Codes T2 (complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the September 29, 2011, status conference shall be continued until October 6, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

Stipulation and Order to Continue                                         Case no. CR 11-00295 MCE
Status conference and to Exclude Time
Pursuant to the Speedy Trial Act