**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**JACQUELYN E. LARSON, ESQ., CSBN 264712**
**WISEMAN LAW GROUP , P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:    530.759.0700**
  **Facsimile:    530.759.0800**

**Attorney for Defendant**
**Olga Nekrasova**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR – 11-00295 MCE |
| | ) |
| | ) **STIPULATION AND ORDER TO** |
| Plaintiff, | ) **CONTINUE STATUS CONFERENCE** |
| | ) **AND TO EXCLUDE TIME** |
| v. | ) **PURSUANT TO THE SPEEDY TRIAL** |
| | ) **ACT.** |
| OLGA NEKRASOVA | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Jr., Assistant United States Attorney, attorney for plaintiff; and Jennifer C. Noble, attorney for defendant Olga Nekrasova; that the previously scheduled status conference of November 17, 2011, be vacated and the matter be reset for status conference on December 1, 2011, at 9:00 a.m.

*///*

1

1    This continuance is requested to allow counsel additional time to review the
2 recently received plea agreement with the Defendant who is housed in Nevada County.
3 The Government concurs with this request.
4    The parties agree and stipulate the ends of justice served by the granting of such a
5 continuance outweigh the best interests of the public and the defendants in a speedy
6 trial and that time within which the trial of this case must be commenced under the
7 Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(B)(ii)
8 and (iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for
9 defense counsel to prepare], from the date of the parties' stipulation, November 17,
10 2011, to and including December 1, 2011. The Court previously excluded time pursuant
11 to Local Code T2 on September 28, 2011.
12    Accordingly, the parties respectfully request the Court adopt this proposed
13 stipulation.
14 **IT IS SO STIPULATED.**
15
16 Dated: November 17, 2011

Respectfully submitted,
WISEMAN LAW GROUP, P.C.

By: /s/ Jennifer C. Noble
JENNIFER C. NOBLE
Attorney for Defendant
OLGA NEKRASOVA

22 Dated: November 17, 2011        BENJAMIN B. WAGNER
                                   United States Attorney

By: /s/ Daniel McConkie, Jr.
DANIEL McCONKIE, JR.
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time form the date of the parties' stipulation, November 17, 2011, to and including December 1, 2011, shall be excluded from computation of tine within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv), and Local Codes T2 (complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the November 17, 2011, status conference shall be continued until December 1, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  November 15, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE