UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   Case No. 2:11-cr-00295-08

       Plaintiff,

  v.   **ORDER FOR RELEASE OF PERSON IN CUSTODY**

OLGA NEKRASOVA,

       Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release OLGA NEKRASOVA, Case No. 2:11-cr-00295-08, from custody for the following reasons:

    __X__    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $_____

    _____    Unsecured Appearance Bond

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other):

Issued in Sacramento, California on December 1, 2011 at 9:50 a.m.

Dated: December 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE