```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-00295-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS COUNT 11 AS TO DEFENDANT NEKRASOVA; ORDER |
| OLGA NEKRASOVA, | ) |
| Defendant. | ) |

On December 1, 2011, the defendant pleaded guilty to Count Four of the indictment, pursuant to a written Plea Agreement, and was sentenced that same day to time served. The Department of Homeland Security has informed the undersigned that the defendant returned to Russia late last week. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and Part III (A) of the Plea Agreement, the government moves that the Court dismiss Count 11 of the indictment as to this defendant only.

///

///

///

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Date: December 13, 2011         By:     /s/ Daniel S. McConkie
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney

                                        Attorneys for the Plaintiff
                                        UNITED STATES OF AMERICA
```

**O R D E R**

APPROVED AND SO ORDERED.

Dated: January 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE